UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Joe W. Caradine, IV,

    Plaintiff,

v.                                          Case No. 15-11880

Commissioner of Social Security,        Honorable Sean F. Cox
                                                      Magistrate Judge Stephanie Dawkins Davis

    Defendant.
_____/

## ORDER
## ACCEPTING AND ADOPTING REPORT & RECOMMENDATION

This is a social security appeal. On May 26, 2015 Plaintiff Joe W. Caradine IV, filed his Complaint against the Commissioner of Social Security, appealing an Administrative Law Judge's denial of his application for disability insurance benefits. (Doc. #1).

The parties filed cross-motions for summary judgment. (Pl. Mo., Doc. #13; Def.'s Mo., Doc. #17). The motions were ultimately referred to Magistrate Judge Stephanie Dawkins Davis for issuance of a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B) and (C).

On August 19, 2016, Magistrate Judge Davis issued a Report and Recommendation ("R&R") wherein she recommended that this Court DENY Plaintiff's Motion for Summary Judgment, GRANT Defendant's Motion for Summary Judgment, and AFFIRM the findings of the Commissioner. (R&R, Doc. #18).

Pursuant to Civil Rule 72, a party objecting to the recommended disposition of a matter by a Magistrate Judge must file objections to the R&R within fourteen (14) days after being served with a copy of the R&R. Fed. R. Civ. P. 72(b)(2). "The district judge must determine *de novo* any part

of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3).

Neither party has filed objections to the R&R and the time for doing so has passed. Furthermore, the Court agrees with the Magistrate Judge's recommendation. Therefore, the Court hereby **ADOPTS** the August 19, 2016 R&R. **IT IS THEREFORE ORDERED** that Plaintiff's Motion for Summary Judgment (Doc. #13) is **DENIED**, Defendant's Motion for Summary Judgment (Doc. #17) is **GRANTED**, and the findings of the Commissioner are **AFFIRMED**. This case shall be **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated: September 8, 2016

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 8, 2016, by electronic and/or ordinary mail.

S/Jennifer McCoy
Case Manager